# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| **DOUGLAS W. BERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:07-00067** |
| | ) | **Judge Nixon** |
| **v.** | ) | **Magistrate Judge Knowles** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Plaintiff Douglas W. Berry's Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 17), to which Defendant Commissioner of Social Security filed a Response in Opposition (Doc. No. 19). Magistrate Judge Knowles issued a Report and Recommendation ("Report") (Doc. No. 22) recommending that Plaintiff's Motion be denied and the decision of the Commissioner affirmed. The Report was filed on April 9, 2009, and no objections have been filed by the Plaintiff. Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this _____28_____ day of May, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT